UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-212 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ARMANDO CERVANTES, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Cervantes*, case number 2:11-cr-00212-JCM-CWH. On November 8, 2017, the court held a hearing regarding defendant's violation of the terms of his supervised release.

The court modified defendant's terms of supervision to include participation in the CARE program at the direction of the probation office. The defendant is hereby remanded to custody pending available bedspace in the halfway house operated under the auspices of the CARE program.

Accordingly,

IT IS SO ORDERED.

DATED November 8, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**