RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorney for Armando Cervantes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO CERVANTES,<br><br>Defendant. | Case No. 2:11-cr-00212-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Armando Cervantes, that the Revocation Hearing currently scheduled on January 30, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to investigate in order to determine if an agreement can be reached, or if this case will ultimately proceed to a hearing.

2. The probation officer will be out of the district from February 14, 2018 – February 19, 2018, it is requested that the hearing be held prior to February 14, 2018.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of January, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Ryan Norwood*<br>By_____<br>RYAN NORWOOD<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00212-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ARMANDO CERVANTES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 30, 2018 at 10:00 a.m., be vacated and continued to **Tuesday, February 13, 2018 at 10:00 a.m.**

DATED January 30, 2018.

_____
UNITED STATES DISTRICT JUDGE