UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-212 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| ARMANDO CERVANTES, | |
| Defendant(s). | |

Presently before the court is Cervantes's motion to quash his warrant and to request concurrent time. (ECF No. 126). The government filed a response (ECF No. 127), to which Cervantes replied (ECF No. 129).

I.   **Discussion**

Cervantes moves this court to "quash motion" and to have his potentially impending term of incarceration run concurrent to his term in Nevada state case No. C-19-344357-1. (ECF No. 126). However, Cervantes provides no arguments to quash the warrant and references only the United States sentencing guidelines to justify his request for concurrent time. In its response, the government correctly argues that Cervantes may admit to his violations and request a concurrent sentence at his revocation hearing. (ECF No. 127).

Without any argument in support of his motion, the court will not quash the warrant. As Cervantes has yet to appear and admit to his violations of supervised release, the court cannot consider whether a potential term will run concurrent or consecutive to any other term of incarceration.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

## II. Conclusion

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Cervantes's motion to quash warrant and for concurrent time (ECF No. 126) be, and the same hereby is, DENIED.

DATED October 7, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**